# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1379. EDWARD TYRONE RIDLEY v. DORIS TIMMONS et al.

Edward Tyrone Ridley filed this pro se civil action against several prison officials at Wilcox State Prison and another employee of the Department of Corrections, asserting that they denied his attempts to send certified mail.[1] The trial court dismissed the action for failure to comply with the requirements of the Georgia Tort Claims Act, and Ridley filed this direct appeal. We lack jurisdiction.

Under the Prison Litigation Reform Act of 1996, an appeal in a civil action filed by a prisoner must be initiated by filing an application for discretionary review. See OCGA § 42-12-8; OCGA § 5-6-35; *Brock v. Hardman*, 303 Ga. 729, 731 (2) (814 SE2d 736) (2018). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Ridley was incarcerated when he filed this civil action, his failure to comply with the discretionary appeals procedure deprives us of jurisdiction

---

[1] At the time he filed the underlying lawsuit, Ridley was incarcerated at Wilcox State Prison. In the notice of appeal, he gives Washington State Prison as his address.

over this direct appeal, which is hereby DISMISSED. See *Brock*, 303 Ga. at 731 (2).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __05/23/2022__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*